# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI SHAW<br>　　　　Plaintiff,<br><br>v.<br><br>SMITH COLLEGE, HANNAH DURRANT, AND KIA BROWN<br>　　　　Defendants. | Civil Action No. 21-12064-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed <u>with prejudice</u> and without costs, with all rights of appeal to be waived.

**Dated: February 2, 2024**

**JODI SHAW**
By her attorneys,

/s/ Sol J. Cohen
Sol J. Cohen (BBO# 630776)
*scohen@kcl-law.com*
Kerstein, Coren & Lichtenstein, LLP
60 Walnut Street, 4th floor
Wellesley, MA 02481
781-997-1600

/s/ David Pivtorak
David Pivtorak
david@piv4law.com
THE PIVTORAK LAW FIRM
611 Wilshire Blvd., Ste 911
Los Angeles, CA 90017
(213) 291-9130

**SMITH COLLEGE, HANNAH DURRANT, AND KIA BROWN**
By their attorneys,

Scott A. Roberts (BBO# 550732)
*sroberts@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110
(617) 348-4300